IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT SCOTT PARKINSON, JR.,

        Petitioner,                    No. 2:12-cv-1275 KJN P

    vs.

TIM VIRGA,

        Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner, proceeding without counsel, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 16, 2012, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondents' July 16, 2012 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and petitioner shall file such opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an

////

////

1

1  opposition to the pending motion to dismiss, will result in a recommendation that this action be
2  dismissed.
3         SO ORDERED.
4  DATED: September 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

park1275.osc