IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT SCOTT PARKINSON, JR.,

    Petitioner,               No. 2:12-cv-1275 KJN P

    vs.

TIM VIRGA,

    Respondent.        ORDER

_____/

    For good cause shown, the order to show cause filed September 14, 2012 (Dkt. No. 10), is hereby discharged.  Respondent may serve and file a reply brief within fourteen days after the filing date of this order.

    SO ORDERED.

DATED: October 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

park1275.dsch.osc.