IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT SCOTT PARKINSON, JR.,

    Petitioner,      No. 2:12-cv-1275 KJN P

    vs.

TIM VIRGA,

    Respondent.      <u>ORDER</u>

                              /

    For good cause shown, the order to show cause filed September 14, 2012 (Dkt. No. 10), is hereby discharged. Respondent may serve and file a reply brief within fourteen days after the filing date of this order.

    SO ORDERED.

DATED: October 16, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

park1275.dsch.osc.